IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS SHELLEY,

                                                               ORDER

                      Plaintiff,

                                                               09-cv-69-bbc

       v.

RANDALL HEPP,
TAMMY MAASSEN
and DR. REYNOLDS, BRET,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Thomas Shelley has filed a motion to voluntarily dismiss this action without prejudice. Defendants have filed a response stating that they do not object to plaintiff's motion. Accordingly, plaintiff's motion to voluntarily dismiss this action is GRANTED. The clerk of court is directed to enter judgment dismissing this case without prejudice.

      Entered this 26th day of January, 2010.

                                                    BY THE COURT:
                                                    /s/
                                                    BARBARA B. CRABB
                                                    District Judge