IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS SHELLEY,

    Plaintiff,

v.

RANDALL HEPP,
TAMMY MAASSEN and
DR. REYNOLDS, BRET,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-69-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice.

_____    1/28/10
Peter Oppeneer, Clerk of Court        Date